UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HOWARD COHAN,

     Plaintiff,

vs.                                    CASE NO.: 8:22-CV-01168-WFJ-AAS

MHI HOSPITALITY TRS, LLC
a Foreign Limited Liability Company
d/b/a HOTEL ALBA TAMPA

     Defendant(s).

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, MHI HOSPITALITY TRS, LLC, a Foreign Limited Liability Company, d/b/a HOTEL ALBA TAMPA, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against MHI HOSPITALITY TRS, LLC, a Foreign Limited Liability Company, d/b/a HOTEL ALBA TAMPA; (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement; and (4) the Parties condition the stipulation upon this Court entering an order retaining jurisdiction to enforce the terms of the Parties' Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

RESPECTFULLY SUBMITTED October 26, 2022.

By: **/s/ Gregory S. Sconzo**

Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email:
samantha@sconzolawoffice.com
Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

By: ***/s/ Danielle M. Simpson***

JESSICA DEBONO ANDERSON
***TRIAL COUNSEL***
Fla. Bar No: 58503
DANIELLE M. SIMPSON
Fla. Bar No.: 1010871
Cole, Scott & Kissane, P.A.
Tower Place, Suite 400
1900 Summit Tower Boulevard
Orlando, Florida 32810
Email: Jessica.Anderson@csklegal.com
Secondary Email:
Danielle.Simpson@csklegal.com
Secondary Email:
Cynthia.Acuna-Nelson@csklegal.com
Telephone: (321) 972-0037
Facsimile: (321) 972-0099
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 26, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

**/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**